No. 1228. Tool Research & Engineering Corp. *v.* Honcor Corp. C. A. 9th Cir. Certiorari denied. *Sidney Dorfman* for petitioner. *Wm. Douglas Sellers* for respondent. 

No. 1232. Hellams *v.* United States. C. A. 4th Cir. Certiorari denied. *Porter B. Byrum* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1235. Martin et al. *v.* United States. C. A. 7th Cir. Certiorari denied. *Richard E. Gorman* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1237. Corson et al. *v.* Commissioner of Internal Revenue. C. A. 3d Cir. Certiorari denied. *Robert M. Taylor* for petitioners. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Joseph M. Howard* for respondent.

No. 1239. Jackson County Public Water Supply District, No. 1 *v.* Ong Aircraft Corp. et al. K. C. Ct. App. Mo. Certiorari denied. *Albert Thomson* for petitioner. *Roy P. Swanson* for respondent Ong Aircraft Corp.

No. 1244. Rocco *v.* Life Magazine et al. Ct. App. Cal., 2d App. Dist. Certiorari denied. Petitioner *pro se. Homer I. Mitchell* and *Harold R. Medina, Jr.,* for respondents.

No. 1200, Misc. Franklin *v.* Arizona. Ct. App. Ariz. Certiorari denied.